UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| Brent Kehler, | **Case No.:** 21-cv-03251-HLT-ADM |
| Plaintiff, | |
| vs. | **MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT** |
| CO Timothy Ward, CO Eric Rush, CO Thomas Rush, COs John or Jane Does 1 through 10, Jail Nurse Jason Troll, Jail Nurse Elizabeth Rice, Jail Nurse Angela Hannah, Jail Nurse Apry Liggett, Jail Nurse Sara Delgado, Shanna Drinard-Adams, Jail Nurse Michelle Krock, and other Jail Medical Staff John or Jane Does 1 through 10, | |
| Defendants. | |

## ARGUMENT

The Complaint in this matter (Dckt. # 1) was filed on October 30, 2021. At the time of filing the exact identities of the Defendants were unknown to Plaintiff and service was impossible. In conjunction with the Office of the United States Attorney for the District of Kansas, working with the Bureau of Prisons (BOP), identities and relevant parties have been slowly developed leading to the filing of the Amended (Dckt. #3), Second Amended (Dckt. #9), Third Amended (Dckt. # 10), and Fourth Amended Complaint (Dckt. # 13). In the meanwhile, Plaintiff had served upon the United States Department of Justice a Form SR-95 for the purpose of commencing a Federal Torts Claims Act action upon the United States of America ("USA") stemming from the same operative facts as the Complaints herein. Receipt of Plaintiff's SF-95 on September 7, 2021 was acknowledged by the Justice Dept. in a letter stating—consistent with federal statutes–that a response was due on March 6, 2022. No such response has been received by Plaintiff. Therefore,

Plaintiff may commence an action against the USA and seeks leave of this Court to file a Fifth Amended Complaint adding the Federal Torts Claim Act Count and naming the USA as a party Defendant. The proposed Fifth Amended Complaint is filed herewith.

The Kansas Attorney General has no objection to this request for leave. The individual Defendants, who have been served but have not yet answered, are not yet represented and can neither oppose nor object to this request at this time. Plaintiff does not see how granting this request can result in any prejudice on any party.

## CONCLUSION

For the reasons stated above, Plaintiff asks for an Order allowing him leave to file the proposed Fifth Amended Complaint.

Dated June 1, 2022                                              Respectfully submitted,

**BARTIMUS FRICKLETON ROBERTSON RADER, P.C.**

BY:     /s/Michelle L. Marvel
MICHELLE L. MARVEL        KS #23511
4000 W. 114TH STREET, SUITE 310
LEAWOOD, KS 66211-2298
(913) 266-2300
(913) 266-2366        FAX
mmarvel@bflawfirm.com

*In association with:*

**BENNEROTTE & ASSOCIATES, P.A.**

BY:    /s/ Vincent J. Moccio
VINCENT J. MOCCIO        MN #184640
3085 JUSTICE WAY, SUITE 200
EAGAN, MN 55121
T: 612-799-5160
vincent@ bennerotte.com

*and*

2

**CIRESI CONLIN LLP**

BY: ___/s/ Brandon Thompson_____
Brandon Thompson            MN #349173
225 SOUTH 6TH STREET, #4600
MINNEAPOLIS, MN 55402
T: 612-361-8200
Bet@ciresiconlin.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2022, I served this document on all counsel of record through the Court's electronic filing system.


*/s/ Michelle L. Marvel*
Attorney for Plaintiff