UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| Brent Kehler,<br><br>Plaintiff,<br><br>vs.<br><br>CO Timothy Ward, CO Lloyd Rush, CO Thomas Rush, COs John or Jane Does 1 through 10, Jail Nurse Jason Troll, Jail Nurse Elizabeth Rice, Jail Nurse Angela Hannah, Jail Nurse Apry Liggett, Jail Nurse Sara Delgado, Shanna Drinard-Adams, Jail Nurse Michelle Krock, other Jail Medical Staff John or Jane Does 1 through 10, and the United States of America,<br><br>       Defendants. | Case No.: 21-cv-03251-HLT-ADM<br><br>**STATEMENT REGARDING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** |

After discussion with defense counsel, Plaintiff will voluntarily dismiss his First Cause of Action as stated in his Fifth Amended Complaint and dismiss all individual Defendants, CO Timothy Ward, CO Lloyd Rush, CO Thomas Rush, COs John or Jane Does 1 through 10, Jail Nurse Jason Troll, Jail Nurse Elizabeth Rice, Jail Nurse Angela Hannah, Jail Nurse Apry Liggett, Jail Nurse Sara Delgado, Shanna Drinard-Adams, Jail Nurse Michelle Krock, and other Jail Medical Staff John or Jane Does 1 through 10. Plaintiff will proceed solely on his second cause of action against The United States of America. All parties to bear their own costs.

Dated October 14, 2022                    Respectfully submitted,

**BARTIMUS FRICKLETON**
**ROBERTSON RADER, P.C.**

BY:     */s/Michelle L. Marvel*
MICHELLE L. MARVEL          KS #23511
4000 W. 114TH STREET, SUITE 310
LEAWOOD, KS 66211-2298
(913) 266-2300
(913) 266-2366          FAX
mmarvel@bflawfirm.com

*In association with:*

**BENNEROTTE & ASSOCIATES, P.A.**

BY:   */s/ Vincnt J. Moccio*
VINCENT J. MOCCIO        MN #184640
3085 JUSTICE WAY, SUITE 200
EAGAN, MN 55121
T: 612-799-5160
vincent@ bennerotte.com

*and*

**CIRESI CONLIN LLP**

BY:    */s/ Brandon Thompson*
Brandon Thompson             MN #349173
225 SOUTH 6TH STREET, #4600
MINNEAPOLIS, MN 55402
T: 612-361-8200
Bet@ciresiconlin.com

**ATTORNEYS FOR PLAINTIFF**